## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO, <br><br> Defendants. | Case No. 3:23-cv-03662 |

## DECLARATION OF BRIAN CALANDRA IN SUPPORT OF: LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Brian Calandra, hereby declare as follows:

1.    I, Brian Calandra, am a partner at Pomerantz LLP ("Pomerantz"), attorneys for Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC. I make this declaration in support of Lead Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2.    I submit this declaration to place before the Court true and correct copies of the following documents cited in Lead Plaintiffs' Memorandum in Opposition of Defendants' Motion to Dismiss.

- Exhibit 1: Mallinckrodt plc Form 8-K, dated August 9, 2023

- Exhibit 2: Mallinckrodt plc Form 14A Definitive Proxy, dated April 15, 2024

I swear under the penalty of perjury that the foregoing is true and correct.

Dated:    May 7, 2024
          New York, New York

_/s/ Brian Calandra_
BRIAN CALANDRA

1