**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO,<br><br>Defendants. | Civil Action No.:  3:23-cv-03662-ZNQ-JBD |

**DECLARATION OF ALLISON M. WUERTZ IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, ALLISON M. WUERTZ, hereby declare as follows:

1.      I am a partner at the law firm of Hogan Lovells US LLP, attorneys for Defendants Sigurdur Olafsson, Bryan Reasons, and Paul Bisaro.  I make this declaration in support of Defendants' Reply Memorandum in Support of the Motion to Dismiss the Consolidated Class Action Complaint, dated June 10, 2024.

2.      I submit this declaration to place before the Court true and correct copies of the following documents and excerpts of documents cited in Defendants' Reply Memorandum in Support of the Motion to Dismiss the Consolidated Class Action Complaint:

| Exhibit 20 | Declaration of Brendan Hayes in Support of Confirmation of the First Amended Prepackaged Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code, dated October 2, 2023 |
|---|---|
| Exhibit 21 | Transcript of Zoom Hearing Before the Honorable John T. Dorsey, United States Bankruptcy Judge, Trial Phase II (Day #4), dated December 9, 2021 (excerpted) |

| Exhibit 22 | 2020 Modified Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code, dated June 6, 2022 (excerpted) |
| --- | --- |
| Exhibit 23 | Declaration of Jason Goodson, Executive Vice President and Chief Strategy and Restructuring Officer, in Support of Chapter 11 Petitions and First Day Motions, dated August 28, 2023 (excerpted) |

I swear under the penalty of perjury that the foregoing is true and correct.

Dated:       June 10, 2024
             New York, New York

_____

Allison M. Wuertz