April 25, 2025

Honorable J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Federal Building
    & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

       Re: *Continental General Insurance Company et al. v. Olafsson et al.*,
          Civil Action No. 3:23-cv-03662-ZNQ-JBD

Dear Judge Day:

We represent the parties to the above-captioned action and submit this joint letter pursuant to the Court's April 23, 2025 Letter Order directing the parties to apprise the Court by April 25, 2025 as to whether they have agreed to a settlement. *See* ECF No. 43.

The parties are pleased to confirm that they have entered into a memorandum of understanding to settle this action. Plaintiffs intend to file a full motion for preliminary approval, including a signed settlement agreement, within thirty (30) days.

The parties are available at the Court's convenience to discuss this status letter and any questions or concerns the Court may have.

                                       Respectfully submitted,

                                       **POMERANTZ LLP**

                                       <u>*/s/ Brian Calandra*</u>
                                       Brian Calandra
                                       Jeremy A. Lieberman (admitted *pro hac vice*)
                                       600 Third Avenue, 20th Floor
                                       New York, New York 10016
                                       Telephone: (212) 661-1100
                                       Facsimile: (212) 661-8665
                                       Email:  jalieberman@pomlaw.com
                                                       bcalandra@pomlaw.com

                                       *Lead Counsel for Lead Plaintiffs*

{00660530;1 }

April 22, 2025

Page 2

**DJS LAW GROUP LLP**
David J. Schwartz
274 White Plains Road, Suite 1
Eastchester, New York 10709
Telephone: (914) 206-9742
david@djslawllp.com

*Additional Counsel for Lead Plaintiffs*

**HOGAN LOVELLS US LLP**

*/s/ Allison M. Wertz*
Allison M. Wuertz
William M. Regan (admitted *pro hac vice*)
Jacey L. Gottlieb (admitted *pro hac vice*)
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email:   allison.wuertz@hoganlovells.com
             william.regan@hoganlovells.com
             jacey.gottlieb@hoganlovells.com

*Counsel for Defendants*

cc:   Counsel of Record

{00660530;1 }