UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-03662-ZNQ-JBD |

NOTICE OF LEAD PLAINTIFFS'
UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC (collectively, "Plaintiffs"), through the Plaintiffs' Counsel, on behalf of themselves and the Settlement Class, hereby moves this Court under Federal Rule of Civil Procedure 23 for the entry of an order (the "Proposed Order"), substantially in the form attached as Exhibit A to the Stipulation of Settlement dated May 27, 2025 (the "Settlement Stipulation"):

1. preliminarily approving the proposed settlement as set forth in the Settlement Stipulation, attached as Exhibit 1 to the Declaration of Brian Calandra in support of this Motion ("Calandra Declaration"), resolving

this Action against all Defendants in exchange for the payment of $5.5 million for the benefit of the Settlement Class;

2. preliminarily certifying a class (the "Settlement Class"), for settlement purposes only, of all Persons or entities who purchased, or otherwise acquired Mallinckrodt plc ("Mallinckrodt") common stock between June 17, 2022, and August 25, 2023, both dates inclusive (the "Settlement Class Period") and the Plaintiffs as Class Representatives on behalf of the Settlement Class;

3. appointing Angeion Group, LLC, as Claims Administrator;

4. approving the form and manner of disseminating notice to the Settlement Class;

5. scheduling a hearing to consider final approval of the Settlement and an award of attorneys' fees and expenses, and a compensatory award to the Plaintiffs; and

6. setting deadlines for the dissemination of notice, the submission of proofs of claim and requests for exclusion, the filing of objections, and the filing of the Plaintiffs' Counsel's motion for final approval of the Settlement and application for attorneys' fees and expenses, and a compensatory award to the Plaintiffs.

Plaintiffs base this Unopposed Motion on this Notice of Motion, the Calandra Declaration, the Settlement Stipulation and all exhibits attached thereto, and Plaintiffs' supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

The Defendants do not oppose the relief that the Plaintiffs seek. Accordingly, the Plaintiffs request that this Court enter the Proposed Order.

Dated:  May 27, 2025

**POMERANTZ LLP**

By: */s/ Brian Calandra*

Brian Calandra
Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: bcalandra@pomlaw.com
         jalieberman@pomlaw.com

**DJS LAW GROUP**
David J. Schwartz
274 White Plains Road, Suite 1
Eastchester, New York 10709
Telephone: (914) 206-9742
david@djslawllp.com

*Counsel for Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May 2025, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/      Brian Calandra*
Brian Calandra