UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO,<br><br>Defendants. | Case No. 3:23-cv-03662-ZNQ-JBD |

### NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC (collectively, "Plaintiffs"), will move this Court on December 3, 2025 at 1:00 p.m. in Courtroom 4W, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ, 08608, by way of a Final Approval Hearing (*see* ECF Nos. 47-49), for an Order to: (1) approve the Settlement as final; (2) certify the Class; (3) approve the Notice Plan; and (4) approve the Plan of Allocation. In support thereof, Plaintiffs file the accompanying Memorandum of Law. A [Proposed] Order with respect to both this Motion and the Motion for an Award of Attorneys' Fees and Expenses and Compensatory Awards

1

for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

| | |
|---|---|
| Dated:  October 29, 2025 | **POMERANTZ LLP** |
| | By: /s/ Brian Calandra |
| | Brian Calandra<br>Jeremy A. Lieberman (admitted *pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br>Email: bcalandra@pomlaw.com<br>          jalieberman@pomlaw.com |
| | **DJS LAW GROUP**<br>David J. Schwartz<br>274 White Plains Road, Suite 1<br>Eastchester, New York 10709<br>Telephone: (914) 206-9742<br>david@djslawllp.com |
| | *Counsel for Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC and the Class* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian Calandra*
Brian Calandra
