## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CONTINENTAL GENERAL
INSURANCE COMPANY and PERCY
ROCKDALE, LLC, Individually and on
Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SIGURDUR OLAFSSON, BRYAN M.
REASONS, and PAUL BISARO,

Defendants.

Case No. 3:23-cv-03662-ZNQ-JBD

## NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
## FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES
## AND AWARDS FOR PLAINTIFFS

PLEASE TAKE NOTICE that Co-Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC (collectively, "Plaintiffs"), will move this Court on December 3, 2025 at 1:00 p.m., by way of a Final Approval Hearing (*see* Dkt. 47), for an Order: (1) awarding Plaintiffs' Counsel attorneys' fees of 33 1/3% of the total recovery of $5,500,000, (2) reimbursing Plaintiffs' Counsel an amount of $289,981.79 in expenses, and (3) awarding each of the two Plaintiffs a compensatory award in the amount of $10,000. In support thereof, Plaintiffs file the accompanying Memorandum of Law. A [Proposed] Order with respect to both this Motion and the Motion for Final Approval of Class Action Settlement will be

1

attached to Plaintiffs' reply papers, so that it can be adjusted after the exclusion deadline to reflect any parties seeking exclusion.

Dated:  October 29, 2025

**POMERANTZ LLP**

By: */s/ Brian Calandra*

Brian Calandra
Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: bcalandra@pomlaw.com
          jalieberman@pomlaw.com


**DJS LAW GROUP**
David J. Schwartz
274 White Plains Road, Suite 1
Eastchester, New York 10709
Telephone: (914) 206-9742
david@djslawllp.com

*Counsel for Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Brian Calandra*
Brian Calandra
