# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO,

Defendants.

Case No. 3:23-cv-03662-ZNQ-JBD

## DECLARATION OF DAVID J. SCHWARTZ IN SUPPORT OF SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND EXPENSES

I, David J. Schwartz, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am Founding Partner at DJS Law Group ("DJS") and a member in good standing of the New York bar.  DJS served as additional counsel on behalf of Co-Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC (collectively, "Plaintiffs"), in the class action styled as *Continental General Insurance Company et al. v. Olafson et al.*, Civil Action No. 3:23-cv-03662-ZNQ-JBD (D.N.J.) (the "Action").[1]

2.      I have been actively involved in the prosecution of this Action against Defendants Sigurdur Olafsson, Bryan M. Reasons, and Paul Bisaro (collectively, "Defendants") since prior to September 2023, when I started the initial investigation, research, and development of this Action.  From the start of the litigation to present, I liaised with Plaintiffs, researched and revised the complaints and discovery materials, and participated directly in the negotiations resulting in the resolution of this Action.  I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto. The statements in this declaration are made based upon my personal knowledge unless otherwise indicated.

---

[1] All capitalized terms that are not otherwise defined herein have the meanings provided in the Stipulation of Settlement, dated May 27, 2025 ("Stipulation") (Dkt. No. 46-3).  Unless indicated otherwise, "Dkt. No." references herein are to the *Continental General Insurance Company et al. v. Olafson et al.*, No. 3:23-cv-03662-ZNQ-JBD (D.N.J.), docket.

3. I respectfully submit this Declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the Action relating to the settlement with Defendants.

4. The information in this declaration regarding the Firm's time is taken from records and supporting documentation prepared and maintained by the Firm in the ordinary course of business. I oversaw and conducted the day-to-day activities in the litigation and I reviewed these records (and back-up documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the time entries as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I believe that the time reflected in the Firm's lodestar calculation for which payment is sought as set forth in this declaration is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation.

5. My Firm spent 85.6 hours in the litigation of this matter, from the time of inception through settlement and approval motions. A breakdown of the lodestar is provided below.

| Timekeeper | Hours | Lodestar | Current Hourly Rate |
|---|---|---|---|
| David J. Schwartz | 85.6 | $85,600.00 | $1000.00 |

2

Docusign Envelope ID: 2C599E23-8DCA-42C9-B16E-5435EF662AD9

6.      The combined lodestar amount for attorney time in this matter, based on current rates, totals $85,600.00.  The hourly rate shown is the usual and customary rates set by the Firm. The time and labor my Firm expended in litigating this Action is set forth more fully in Section V.A of the Declaration of Brian Calandra in Support of Plaintiffs' Motions For (1) Final Approval of Proposed Settlement; and (2) Award of Attorneys' Fees and Expenses, and Awards For Plaintiffs, dated September 4, 2025, to which this Declaration is attached as an exhibit.

7.      During the course of this action, DJS incurred certain nominal expenses for which it does not seek reimbursement.

8.      DJS also respectfully submits that a compensatory award of twenty thousand U.S. dollars ($20,000) to Plaintiffs is reasonable for the reasons set forth in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses and Awards for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 20 , 2025

DocuSigned by:

B0B22EDD095F48A…

David J. Schwartz