## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO,

Defendants.

Case No. 3:23-cv-03662-ZNQ-JBD

**DECLARATION OF BRIAN CALANDRA IN FURTHER SUPPORT OF PLAINTIFFS' (1) UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND (2) UNOPPOSED MOTION FOR ATTORNEYS' FEES AND EXPENSES AND AWARDS FOR PLAINTIFFS**

I, Brian Calandra, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a Partner at Pomerantz LLP ("Pomerantz"), court-appointed Lead Counsel on behalf of Co-Lead Plaintiffs Continental General Insurance Company and Percy Rockdale, LLC (collectively, "Plaintiffs"), in the class action styled as *Continental General Insurance Company et al. v. Olafsson et al.*, Civil Action No. 3:23-cv-03662-ZNQ-JBD (D.N.J.) (the "Action").

2.      I am duly admitted to practice before this Court. I have been actively involved in the prosecution of this Action against Defendants Sigurdur Olafsson, Bryan M. Reasons, and Paul Bisaro (collectively, "Defendants") since September 2023, as well as the negotiations resulting in the resolution of this Action, and I have personal knowledge of the matters set forth herein and, if called upon, could and would competently testify thereto. The statements in this declaration are made based upon my personal knowledge unless otherwise indicated.

3.      Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration of Dawn M. Cody Regarding (A) Mailing and Emailing of Notice; (B) Report on Requests for Exclusion and Objections, and (C) Claims Received to Date; dated November 25, 2025.

4.      Attached hereto as Exhibit B is a Proposed Order and Final Judgment in substantially the same form as the proposed order previously submitted as ECF No. 46-3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2025

/s/ Brian Calandra
          Brian Calandra

2