# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CONTINENTAL GENERAL INSURANCE COMPANY and PERCY ROCKDALE, LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIGURDUR OLAFSSON, BRYAN M. REASONS, and PAUL BISARO,<br><br>Defendants. | Case No. 3:23-cv-03662-ZNQ-JBD |

**SUPPLEMENTAL DECLARATION OF DAWN M. CODY REGARDING: (A) MAILING AND EMAILING OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Dawn M. Cody, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Project Manager at Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. Pursuant to the Court's May 28, 2025 Order Preliminary Approving Settlement and Providing for Notice (ECF No. 47) (the "Preliminary Approval Order"), the Court approved the retention of Angeion as the Claims Administrator in connection with the Settlement in the above-captioned Action.[1]

2. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated May 27, 2025, ECF No. 46-3 (the "Stipulation").

3.      I submit this Declaration to supplement the Declaration of Dawn M. Cody Regarding: (A) Mailing and Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date (the "Initial Mailing Declaration") dated October 28, 2025, which was previously filed with the Court (ECF No. 54-1).

### UPDATE ON DISSEMINATION OF THE POSTCARD NOTICE

4.      As more fully stated in my Initial Mailing Declaration, as of July 28, 2025, a total of 14,393 Postcard Notices had been disseminated to potential Settlement Class Members and their nominees, including 5,399 sent via email and 8,994 sent via First-Class Mail. Since the date of the Initial Mailing Declaration, Angeion has sent an additional 3 Postcard Notices via First-Class mail.

5.      Therefore, as of the date of this Declaration, a total of 14,396 Postcard Notices have been disseminated to potential Settlement Class Members. In addition, Angeion has remailed a total of 70 Postcard Notices to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were obtained through address verification searches.

### UPDATE ON TOLL-FREE TELEPHONE NUMBER

6.      Angeion continues to maintain the case specific, toll-free telephone number, 844-921-4200, with an Interactive Voice Response ("IVR") system to accommodate potential Settlement Class Members with questions about the Action and the Settlement. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they have the option to be transferred to an operator during business hours. Angeion will continue to update the IVR as necessary throughout the administration of the Settlement.

### UPDATE ON SETTLEMENT WEBSITE

7.      As reported in the Initial Mailing Declaration, Angeion designed, implemented, and currently maintains a case specific website, www.MallinckrodtContinentalSecuritiesSettlement.com, which became operational on June 18, 2025. At the request of Lead Counsel, shortly after their

filing with the Court on October 29, 2025, Angeion posted downloadable copies of the following documents, and all exhibits thereto, on the website: (a) Notice of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement (ECF No. 50); (b) Plaintiffs' Memorandum of Law in Support of Final Approval of Class Action Settlement (ECF No. 51);  (c) Notice of Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees and Expenses and Awards for Plaintiffs  (ECF No. 52); (d) Declaration of Brian Calandra in Support of Lead Plaintiffs' Motions for (1) Final Approval of proposed Settlement; and (2) Award of Attorneys' Fees and Expenses, and Awards for Plaintiffs (ECF No. 54). Angeion will continue to update the website with relevant information and Court Documents throughout the administration of the Settlement.

## UPDATE ON INCOMING MAIL

8.      Angeion has monitored all mail that has been delivered to the mailing address, which would include requests for exclusion from the Settlement Class, objections to the Settlement, Claim Forms, and other administrative mail. All mail has been reviewed, processed, and responded to in a timely manner. Angeion will continue to monitor all mail received throughout the administration of the Settlement.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

9.      The Postcard Notice and the Long-Form Notice informed potential Settlement Class Members that written requests for exclusion were to be received no later than November 12, 2025.

10.     As of the date of this declaration, Angeion has not received any exclusion requests.

11.     Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, and application for compensatory award to Plaintiffs, are required to submit their objection in writing such that the request is received by all members of counsel for the Settling Parties and filed with the Court no later than November 12, 2025. Despite these instructions, Settlement Class Members occasionally

send objections to the Claims Administrator rather than to counsel and the Court. As of the date of this Declaration, Angeion has not received any objections, and is not aware of any objections being filed with the Court.

## CLAIMS RECEIVED TO DATE

12.     Pursuant to the Preliminary Approval Order, Claims were to be submitted no later than December 10, 2025. As of the date of this Declaration, Angeion has received a total of 7,748 Claims.

13.     During the claims administration process, Angeion will review and process all Claims received, will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims, if applicable, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of November 2025 in Milwaukee County, Wisconsin.

_____
Dawn M. Cody