UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON                    **DATE:** December 3, 2025

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN McKAY-SOULE

**TITLE OF CASE:**                    **DOCKET # 3:23-CV-3662 (ZNQ) (JBD)**
CONTINENTAL GENERAL INSURANCE CO.
et al.,
        vs.
MALLINCKRODT PLC., et al.

**APPEARANCES:**
Brian Peter Calandra, Esq for Plaintiffs
Jacey L. Gottlieb, Esq and Allison Wuertz, Esq for Defendants

**NATURE OF PROCEEDING:** Final Settlement Approval Hearing

Hearing re: [50] Motion for Final Approval of Class Action Settlement and [52] Motion for
Attorney Fees and Expenses.
Settlement Approved.
Ordered [50] and [52] Motions granted.
Order to follow.

Time Commenced:    12:48 p.m.
Time Adjourned:    1:00 p.m.
Total Time:        12 minutes

s/ Ivannya Fitzgerald
**DEPUTY CLERK**